IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA WINSLOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>W.T.F.N. INC. and OUI LAB, INC.,<br><br>Defendants. | Case No.: 2:25-CV-00737-CKD<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS**<br><br>**L.R. 220 (Fed. R. Civ. P. 15)** |

PROPOSED ORDER

# ~~[PROPOSED]~~ ORDER

AND NOW, upon consideration of the Parties' Stipulation to Extend Time for Plaintiff to File First Amended Complaint in Response to Defendants' Motion to Dismiss, it is hereby **ORDERED** that Plaintiff shall have until May 19, 2025 to file a First Amended Complaint in response to Defendants' Motion to Dismiss.

Dated: May 7, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, wins25cv0737.stip.0519