

# United States District Court
# Eastern District of California

| India Winslow | Case Number: 2:25-cv-00737 |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| W.T.F.N., INC. and OUI LAB, INC., | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Zachary Arbitman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

India Winslow

On 10/22/2012 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Rittenhouse v. Blendjet; 2:23-cv-01906; applied 2/14/2024; granted

Date: 05/07/2025    Signature of Applicant: /s/ Zachary P. Arbitman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Zachary Arbitman |
| Law Firm Name: | Feldman Shepherd Wohlgelernter Tanner Weinstock Dodig, LLP |
| Address: | 1845 Walnut Street, floor 21 |
| City: | Philadelphia   State: PA   Zip: 19103 |
| Phone Number w/Area Code: | (215) 267-8300 |
| City and State of Residence: | Philadelphia |
| Primary E-mail Address: | zarbitman@feldmanshepherd.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Benjamin Heikali |
| Law Firm Name: | Treehouse Law, LLP |
| Address: | 3130 Wilshire Blvd., Suite 555 |
| City: | Santa Monica   State: CA   Zip: 90403 |
| Phone Number w/Area Code: | (310) 751-5928   Bar #: 307466 |

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 7, 2025

*Carolyn K. Delaney* (signature)
JUDGE, U.S. DISTRICT COURT
Carolyn K. Delaney US Magistrate Judge



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Zachary Arbitman, Esq.*

DATE OF ADMISSION

*October 22, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  October 10, 2024

*Darian Holland* (signature)

Darian Holland
Chief Clerk