**TREEHOUSE LAW, LLP**
Benjamin Heikali (Cal. Bar No. 307466)
bheikali@treehouselaw.com
Katherine Phillips (Cal. Bar No. 353048)
kphillips@treehouselaw.com
Ammad Bajwa (Cal. Bar No. 358564)
abajwa@treehouselaw.com
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

*Attorneys for Plaintiffs and the Putative Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA WINSLOW and PATRICIA CAVALLARO-KEARINS, themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>W.T.F.N. INC. and OUI LAB, INC.,<br><br>Defendants. | Case No.: 2:25-cv-00737-JAM-CKD<br><br>**STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**L.R. 144 (Fed. R. Civ. P. 78)** |

-1-
STIPULATION AND ORDER

Plaintiff India Winslow and Plaintiff Patricia Cavallaro-Kearins, themselves and on behalf of all others similarly situated, on the one hand ("Plaintiffs"), and Defendants W.T.F.N. Inc. and Oui Lab, Inc. on the other hand ("Defendants") (collectively, the "Parties"), hereby stipulate as follows:

*Whereas*, On June 2, 2025 Defendants filed a Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") in this matter which is presently set for a hearing on July 15, 2025, at 01:00 PM in Courtroom 6 of the Robert T. Matsui United States Courthouse before Senior District Judge John A. Mendez (Dkt. No. 24); and

*Whereas*, under Local Rule 230(c), Plaintiffs' deadline to file an Opposition to the Motion is June 16, 2025 and Defendants' deadline to file a Reply is June 26, 2025; and

*Whereas*, to accommodate for schedules and other deadlines, the Parties' have agree to a briefing schedule that provides Plaintiffs with an additional seven (7) days to oppose the Motion, extending the deadlines for Plaintiffs' Opposition and Defendants' Reply to June 23, 2025 and July 3, 2025 respectively; and

*Whereas*, this request is not sought for purposes of delay and will not impact any other case deadlines; and

*Whereas,* this document is being electronically filed through the Court's ECF system, and this document is acceptable to all persons required to sign the document; and

*Whereas,* all Parties have concurred with the filing of this document, and a record supporting this concurrence is available for inspection or production if so ordered.

NOW THEREFORE, the Parties stipulate that Plaintiffs shall have until June 23, 2025 to file their Opposition to the Motion, and Defendants shall have until July 3, 2025 to file their Reply in support of the Motion.

SO STIPULATED.

STIPULATION AND ORDER

| | | |
|---|---|---|
| 1 | Dated: June 5, 2025 | By: /s/ *Benjamin Heikali* |
| 2 | | Benjamin Heikali (Cal. Bar No. 307466) |
| | | bheikali@treehouselaw.com |
| 3 | | Katherine Phillips (Cal. Bar No. 353048) |
| 4 | | kphillips@treehouselaw.com |
| | | Ammad Bajwa (Cal. Bar No. 358564) |
| 5 | | abajwa@treehouselaw.com |
| 6 | | TREEHOUSE LAW, LLP |
| | | 3130 Wilshire Blvd., Suite 555 |
| 7 | | Santa Monica, CA 90403 |
| 8 | | Telephone: (310) 751-5948 |

Zachary Arbitman*
George Donnelly*
FELDMAN SHEPHERD
WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 567-8300
zarbitman@feldmanshepherd.com
gdonnelly@feldmanshepherd.com

*Admitted Pro Hac Vice

*Attorneys for Plaintiffs and the Putative Class*

Dated: June 5, 2025            By:   /s/ *Anthony Chavez*
                                     ANTHONY CHAVEZ (State Bar No. 288089)
                                     Achavez@novianlaw.com
                                     FARHAD NOVIAN (State Bar No. 118129)
                                     Farhad@novianlaw.com
                                     NOVIAN & NOVIAN, LLP
                                     1801 Century Park East, Suite 1201
                                     Los Angeles, California 90067
                                     Telephone: (310) 553-1222
                                     Facsimile: (310) 553-0222
                                     Facsimile: (510) 832-1486

-3-
STIPULATION AND ORDER

1  
2  *Attorneys for Defendants*  
*W.T.F.N. Inc. and Oui Lab Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA WINSLOW and PATRICIA CAVALLARO-KEARINS, themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>W.T.F.N. INC. and OUI LAB, INC.,<br><br>Defendants. | Case No.: 2:25-cv-00737 JAM-CKD<br><br>**ORDER RESETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**L.R. 144 (Fed. R. Civ. P. 78)** |

Upon consideration of the Parties' Stipulation to Set Briefing Schedule on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, it is hereby **ORDERED** that:

1. Plaintiffs shall have until **June 23, 2025,** to file an Opposition in response to Defendants' Motion to Dismiss.
2. Defendants shall have until **July 03, 2025,** to file a Reply in support of Defendants' Motion to Dismiss.

Dated: June 09, 2025       /s/ John A. Mendez
                           ─────────────────────────
                           THE HONORABLE JOHN A. MENDEZ
                           SENIOR UNITED STATES DISTRICT JUDGE