**TREEHOUSE LAW, LLP**
Benjamin Heikali (Cal. Bar No. 307466)
bheikali@treehouselaw.com
Katherine Phillips (Cal. Bar No. 353048)
kphillips@treehouselaw.com
Ammad Bajwa (Cal. Bar No. 358564)
abajwa@treehouselaw.com
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

*Attorneys for Plaintiffs and the Putative Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA WINSLOW and PATRICIA CAVALLARO-KEARINS, themselves and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>W.T.F.N. INC. and OUI LAB, INC.,<br><br>Defendants. | Case No.: 2:25-CV-00737-CKD<br><br>**ORDER TO STAY THIS CASE PENDING THE PARTIES' FORTHCOMING MEDIATION** |

-1-
ORDER

# ORDER

AND NOW, upon consideration of the Parties' Joint Stipulation to Stay this Case Pending Mediation, it is hereby **ORDERED** that the Scheduling Conference currently set for December 11, 2025 is **VACATED** and this Action is **STAYED** until January 30, 2026, at which time the Parties **SHALL SUBMIT** a joint report on the status of mediation.

Dated: December 1, 2025        /s/ Daniel J. Calabretta
                               THE HONORABLE DANIEL J. CALABRETTA
                               UNITED STATES DISTRICT JUDGE