**TREEHOUSE LAW, LLP**
Benjamin Heikali (Cal. Bar No. 307466)
bheikali@treehouselaw.com
Katherine Phillips (Cal. Bar No. 353048)
kphillips@treehouselaw.com
Ammad Bajwa (Cal. Bar No. 358564)
abajwa@treehouselaw.com
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

*Attorneys for Plaintiffs and the Putative Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIA WINSLOW and PATRICIA CAVALLARO-KEARINS, themselves and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>        v.<br><br>W.T.F.N. INC. and OUI LAB, INC.,<br><br>              Defendants. | Case No.: 2:25-CV-00737-CKD<br><br>**JOINT STATUS REPORT REGARDING DISCOVERY** |

-1-
JOINT STATUS REPORT

Plaintiffs India Winslow and Patricia Cavallaro-Kearins, themselves and on behalf of all others similarly situated, on the one hand ("Plaintiffs"), and Defendants W.T.F.N. Inc. and Oui Lab, Inc. on the other hand ("Defendants") (collectively, the "Parties"), hereby submit the following joint discovery report as ordered by the Court. *See* ECF 54. The Parties have agreed to settle the case on a classwide basis under Fed. R. Civ. P. 23(b)(2) and are in the process of finalizing papers to submit to the Court. The Parties request that the Court issue a Stay of the Litigation as the Parties work to finalize approval papers to file with the Court.

Dated: June 26, 2026          By: /s/ *Benjamin Heikali*

Benjamin Heikali (Cal. Bar No. 307466)
bheikali@treehouselaw.com
Katherine Phillips (Cal. Bar No. 353048)
kphillips@treehouselaw.com
Ammad Bajwa (Cal. Bar No. 358564)
abajwa@treehouselaw.com
TREEHOUSE LAW, LLP
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948

Zachary Arbitman*
George Donnelly*
FELDMAN SHEPHERD
WOHLGELERNTER
TANNER WEINSTOCK & DODIG, LLP
1845 Walnut Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 567-8300
zarbitman@feldmanshepherd.com
gdonnelly@feldmanshepherd.com

*admitted Pro Hac Vice

*Attorneys for Plaintiffs and the Putative Class*

-2-
JOINT STATUS REPORT

Dated: June 26, 2026            By: */s/ Anthony Chavez*

FARHAD NOVIAN (State Bar No. 118129)
Farhad@novianlaw.com
ANTHONY CHAVEZ (State Bar No. 288089)
Achavez@novianlaw.com
NOVIAN & NOVIAN, LLP
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Facsimile: (310) 553-0222
Facsimile: (510) 832-1486

*Attorneys for Defendants*
*W.T.F.N. Inc. and Oui Lab Inc.*

-3-
JOINT STATUS REPORT